UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JON EASTON, an individual; and <br> PRIMAL MODE, INC., an Illinois corporation, <br><br> Plaintiffs, <br><br> v. <br><br> PRIMAL WEAR, INC., a Colorado corporation, <br><br> Defendant. | Civil Action No. 1:17-cv-6081 |

### PRIMAL WEAR, INC.'S MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO F.R.C.P. 12(B)(1) AND (12(B)(6)

Defendant Primal Wear, Inc. ("Primal Wear"), by and through its undersigned counsel, submits this Motion to Dismiss the Amended Complaint filed by Plaintiffs John Easton and Primal Mode, Inc. This motion is made pursuant to F.R.C.P. 12(b)(1) for lack of subject matter jurisdiction and 12(b)(6) for failure to state a claim. In support of this motion, Primal Wear submits its contemporaneously filed brief and the Declaration of Jeffrey Kass.

-2-

Dated:  November 10, 2017	Respectfully submitted,

           By:	*/s/Bryan P. Sugar*
                Jeffrey H. Kass, Esq.
                Alyssa K. Sandrowitz, Esq.
                **LEWIS BRISBOIS BISGAARD & SMITH LLP**
                1700 Lincoln Street, Suite 4000
                Denver, Colorado 80203
                Jeffrey.Kass@lewisbrisbois.com
                Alyssa.Sandrowitz@lewisbrisbois.com

                And

                Bryan P. Sugar, Esq.
                **LEWIS BRISBOIS BISGAARD & SMITH LLP**
                550 West Adams Street, Suite 300
                Chicago, IL  60661
                Bryan.Sugar@lewisbrisbois.com

                *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November, 2017, a true and correct copy of the foregoing PRIMAL WEAR, INC.'S MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO F.R.C.P. 12(B)(1) AND (12(B)(6) was served to all parties in this case via the Court's Electronic Filing system.

By: */s/Bryan P. Sugar*
Bryan P. Sugar