**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JON EASTON, an individual; and<br><br>PRIMAL MODE, INC., an Illinois corporation,<br><br>                    Plaintiffs,<br><br>    v.<br><br>PRIMAL WEAR, INC., a Colorado corporation,<br><br>                 Defendant. | Civil Action No. 1:17-cv-6081 |

## JOINT MOTION FOR EXTENSION OF DISCOVERY PERIOD

Despite ongoing good faith compliance with discovery requests in this proceeding, the parties have jointly determined that they are unable to complete the exchange of discovery and deposition testimony during the assigned discovery period. Accordingly, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure the parties jointly request an extension of the fact discovery period from January 8, 2018 to March 23, 2018.

Good cause exists for granting this extension, because the full and complete exchange of discovery will assist the parties and the Court in the efficient administration of justice, and no party will be prejudiced by the extension, as the parties have agreed to a corresponding extension of all previously agreed dates set forth in the 26(f) Report (Dkt. No. 28) for submission of expert reports, completion of expert depositions, and availability for trial.

Respectfully submitted,

By: /s/ J. Ryan Hinshaw
    Joseph V. Norvell
    Joseph T. Kucala, Jr.
    J. Ryan Hinshaw
    NORVELL IP llc
    1776 Ash Street
    Northfield, Illinois 60093
    Telephone:    (888) 315-0732
    Facsimile:    (312) 268-5063
    courts@norvellip.com

    *Attorneys for Plaintiffs*
    *Jon Easton and Primal Mode, Inc.*

By: /s/ Bryan P. Sugar
    Jeffrey H. Kass
    Alyssa K. Sandrowitz
    LEWIS BRISBOIS BISGAARD &
    SMITH LLP
    1700 Lincoln Street, Suite 4000
    Denver, Colorado 80203
    Jeffrey.Kass@lewisbrisbois.com
    Alyssa.Sandrowitz@lewisbrisbois.com

    And

    Bryan P. Sugar
    LEWIS BRISBOIS BISGAARD &
    SMITH LLP
    550 West Adams Street, Suite 300
    Chicago, IL 60661
    Bryan.Sugar@lewisbrisbois.com

    *Attorneys for Defendant*

Dated: January 3, 2018

Dated: January 3, 2018

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing JOINT MOTION

FOR EXTENSION OF DISCOVERY PERIOD was electronically filed on January 3,

2018, through the Court's electronic filing system, and served upon Defendant Primal

Wear, Inc.'s counsel via the Court's electronic filing system to:

> Jeffrey H. Kass
> Alyssa K. Sandrowitz
> LEWIS BRISBOIS BISGAARD & SMITH LLP
> 1700 Lincoln Street, Suite 4000
> Denver, Colorado 80203
> Jeffrey.Kass@lewisbrisbois.com
> Alyssa.Sandrowitz@lewisbrisbois.com
>
> Bryan P. Sugar
> LEWIS BRISBOIS BISGAARD & SMITH LLP
> 550 West Adams Street, Suite 300
> Chicago, IL 60661
> Bryan.Sugar@lewisbrisbois.com

Dated: January 3, 2018                    By: /s/ J. Ryan Hinshaw
                                               J. Ryan Hinshaw