UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JON EASTON, an individual; and<br><br>PRIMAL MODE, INC., an Illinois corporation,<br><br>     Plaintiffs,<br><br> v.<br><br>PRIMAL WEAR, INC., a Colorado corporation,<br><br>     Defendant. | Civil Action No. 1:17-cv-6081 |

**NOTICE OF JOINT MOTION FOR EXTENSION OF DISCOVERY PERIOD**

PLEASE TAKE NOTICE that on **Wednesday, January 10, 2018, at 9:30 a.m.** before the **Honorable Susan E. Cox** in **Room 1025** of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, Plaintiffs Jon Easton and Primal Mode, Inc., and Defendant Primal Wear, Inc., shall present the parties' **Joint Motion for Extension of Discovery Period pursuant to Federal Rule of Civil Procedure 6(b)(1)(A)**.

Respectfully submitted,

By: /s/ J. Ryan Hinshaw
 Joseph V. Norvell
 Joseph T. Kucala, Jr.
 J. Ryan Hinshaw
 NORVELL IP llc
 1776 Ash Street
 Northfield, Illinois 60093
 Telephone: (888) 315-0732
 Facsimile: (312) 268-5063
 courts@norvellip.com

By: /s/ Bryan P. Sugar
 Jeffrey H. Kass
 Alyssa K. Sandrowitz
 LEWIS BRISBOIS BISGAARD &
 SMITH LLP
 1700 Lincoln Street, Suite 4000
 Denver, Colorado 80203
 Jeffrey.Kass@lewisbrisbois.com
 Alyssa.Sandrowitz@lewisbrisbois.com

|  |  |
|---|---|
| *Attorneys for Plaintiffs*<br>*Jon Easton and Primal Mode, Inc.* | And<br><br>Bryan P. Sugar<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>550 West Adams Street, Suite 300<br>Chicago, IL 60661<br>Bryan.Sugar@lewisbrisbois.com<br><br>*Attorneys for Defendant* |
| Dated: January 3, 2018 | Dated: January 3, 2018 |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing NOTICE OF JOINT MOTION FOR EXTENSION OF DISCOVERY PERIOD was electronically filed on January 3, 2018, through the Court's electronic filing system, and served upon Defendant Primal Wear, Inc.'s counsel via the Court's electronic filing system to:

>Jeffrey H. Kass
>Alyssa K. Sandrowitz
>LEWIS BRISBOIS BISGAARD & SMITH LLP
>1700 Lincoln Street, Suite 4000
>Denver, Colorado 80203
>Jeffrey.Kass@lewisbrisbois.com
>Alyssa.Sandrowitz@lewisbrisbois.com
>
>Bryan P. Sugar
>LEWIS BRISBOIS BISGAARD & SMITH LLP
>550 West Adams Street, Suite 300
>Chicago, IL 60661
>Bryan.Sugar@lewisbrisbois.com

Dated: January 3, 2018        By: /s/ J. Ryan Hinshaw
                                                     J. Ryan Hinshaw